UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARRETT F.X. BEYRENT,

    Plaintiff,

v.                                  Case No.:  2:23-cv-920-JLB-KCD

HARRISON HUBSCHMAN,
SAMUEL HUBSCHMAN, TERYL
BRZESKI and PAWEL BRZESKI,

    Defendants.
_____/

## REPORT & RECOMMENDATION

Plaintiff Garrett Beyrent sues several defendants for allegedly selling land held by multiple family trusts without his consent and without paying him proceeds from the sales. (Doc. 1 at 1.)[1] The Court dismissed Beyrent's initial complaint *sua sponte*, citing numerous pleading deficiencies. (Doc. 4.) In doing so, the Court directed Beyrent to file an amended complaint by February 23, 2024. (*Id*.) Beyrent did not comply.

So, to be safe, the Court extended the deadline for Beyrent to update his complaint to March 6, 2024. (Doc. 5.) In doing so, the Court warned Beyrent that continued failure to comply with its prior order would result in a

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

recommendation that the case be dismissed. (*Id.*) Again, Beyrent did not respond.

Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Beyrent has not diligently prosecuted this case because he ignored the Court's order to file an amended complaint. This failure shows his lack of interest in prosecuting his case. Thus, the Court should dismiss this matter without prejudice.

**RECOMMENDED** in Fort Myers, Florida on March 13, 2024.

Kyle C. Dudek
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from

the Report and Recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the 14-day objection period.